# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHEL CAMPBELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INFOSYS LIMITED and DOES 1 TO 100, INCLUSIVE<br><br>Defendants. | Case No. 2:26-cv-07176- FLA-RAO<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S OBJECTIONS TO DECLARATION OF TARIK WEST EXHIBIT A**<br><br>Date: August 21, 2026<br>Time: 1:30 p.m.<br>Courtroom: 6B |

The Court herein rules on Plaintiff RAHEL CAMPBELL's Objections to Declaration of Tarik West Exhibit A.

| | Material Objected To: | Grounds for Objection: | Ruling on Objection: |
|---|---|---|---|
| 1. | Declaration of Tarik West, ¶ 6 | Lacks foundation (Fed. R. | __Sustained |

| | | | |
|---|---|---|---|
| | In my position, I am familiar with Infosys' talent acquisition processes that were in place when Plaintiff received an offer to join Infosys Limited in November 2018. | Evid. 602); lacks personal knowledge (Fed. R. Evid. 602) | __ Overruled |
| 2. | Declaration of Tarik West, ¶8<br>Infosys's longstanding procedure has been to require every applicant to agree to an Arbitration Agreement as a condition of employment. To that end, Infosys has adopted and implemented a standardized process wherein applicants review, complete, and sign a series of documents using Infosys' electronic Candidate Portal. | Lacks foundation (Fed. R. Evid. 602); lacks personal knowledge (Fed. R. Evid. 602); conclusory | __Sustained<br>__ Overruled |
| 3. | Declaration of Tarek West, ¶9<br>When Plaintiff accessed the Candidate Portal to view her Offer Letter, she saw the Document Packet Information page that included her Offer Letter and enclosures (and identifying the Arbitration Agreement as an enclosure). A true and correct copy of Plaintiff's Offer of | Lacks foundation (Fed. R. Evid. 602); lacks personal knowledge (Fed. R. Evid. 602); speculation (Fed. R. Evid. 602) | __Sustained<br>__ Overruled |

| | | | |
|---|---|---|---|
| | Employment, as maintained in Plaintiff's personnel file in the ordinary course of business, is attached hereto as **Exhibit B**. | | |
| 4. | Declaration of Tarek West, ¶10<br>Infosys employees, like Plaintiff, are given the opportunity to review all documentation and ask any questions they may have. | Irrelevant (Fed. R. Evid. 401); lacks personal knowledge (Fed. R. Evid. 602). | __Sustained<br>__ Overruled |
| 5. | Declaration of Tarek West, ¶11<br>Based upon my review of Plaintiff's personnel records, Plaintiff electronically accepted Infosys' offer of employment on November 7, 2018, which provided that Plaintiff's employment with Infosys was contingent upon her reading and agreeing to Infosys's Mutual Arbitration Agreement. A true and correct copy of the digital record of Plaintiff's Acceptance of Offer Letter, as maintained in the ordinary course of business, is attached hereto as Exhibit D. | Lack of foundation (Fed. R. Evid. 602); improper lay opinion (Fed. R. Evid. 701); improper legal conclusion; lack of authentication (Fed. R. Evid. 901). | __Sustained<br>__ Overruled |
| 6. | Declaration of Tarek West, ¶12<br>By accepting the Offer of Employment, Plaintiff specifically | Improper legal conclusion (Fed. R. Evid. 701, 702); Lacks foundation (Fed. R. | __Sustained<br>__ Overruled |

| | | | |
|---|---|---|---|
| | agreed to submit any dispute arising out of or relating to her employment with Infosys to final and binding arbitration. A true and correct copy of the Mutual Arbitration Agreement, as maintained in Infosys's ordinary course of business, is attached hereto as Exhibit C. | Evid. 602, 901); lack of authentication (Fed. R. Evid. 901). | |

DATED:

By: ______________________________
U.S. DISTRICT COURT JUDGE