**LAW OFFICES OF MANN & ELIAS**
Imad Y. Elias (SBN 163655)
*imad@mannelias.com*
8383 Wilshire Blvd, Suite 750
Beverly Hills, CA 90211
Telephone: (323) 857-9500
Facsimile: (323) 857-9525

Attorneys for Plaintiff
RAHEL CAMPBELL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAHEL CAMPBELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INFOSYS LIMITED and DOES 1 TO 100, INCLUSIVE<br><br>Defendants. | Case No. 2:26-cv-07176- FLA-RAO<br><br>**PLAINTIFF'S OBJECTIONS TO DECLARATION OF TARIK WEST EXHIBIT A**<br><br>Date: August 21, 2026<br>Time: 1:30 p.m.<br>Courtroom: 6B |

Plaintiff RAHEL CAMPBELL herein submits her Objections to Declaration of Tarik West Exhibit A.

| | Material Objected To: | Grounds for Objection: |
|---|---|---|
| 1. | Declaration of Tarik West, ¶ 6<br>In my position, I am familiar with | Lacks foundation (Fed. R. Evid. 602); lacks personal knowledge (Fed. R. |

| | | |
|---|---|---|
| | Infosys' talent acquisition processes that were in place when Plaintiff received an offer to join Infosys Limited in November 2018. | Evid. 602) |
| 2. | Declaration of Tarik West, ¶8<br>Infosys's longstanding procedure has been to require every applicant to agree to an Arbitration Agreement as a condition of employment. To that end, Infosys has adopted and implemented a standardized process wherein applicants review, complete, and sign a series of<br>documents using Infosys' electronic Candidate Portal. | Lacks foundation (Fed. R. Evid. 602); lacks personal knowledge (Fed. R. Evid. 602); conclusory |
| 3. | Declaration of Tarek West, ¶9<br>When Plaintiff accessed the Candidate Portal to view her Offer Letter, she saw the Document Packet Information page that included her Offer Letter and enclosures (and identifying the Arbitration Agreement as an enclosure). A true and correct copy of Plaintiff's Offer of Employment, as maintained in Plaintiff's personnel file in the ordinary course of business, is attached hereto as **Exhibit B**. | Lacks foundation (Fed. R. Evid. 602); lacks personal knowledge (Fed. R. Evid. 602); speculation (Fed. R. Evid. 602) |
| 4. | Declaration of Tarek West, ¶10 | Irrelevant (Fed. R. Evid. 401); lacks |

| | | |
|---|---|---|
| | Infosys employees, like Plaintiff, are given the opportunity to review all documentation and ask any questions they may have. | personal knowledge (Fed. R. Evid. 602). |
| 5. | Declaration of Tarek West, ¶11<br>Based upon my review of Plaintiff's personnel records, Plaintiff electronically accepted Infosys' offer of employment on November 7, 2018, which provided that Plaintiff's employment with Infosys was contingent upon her reading and agreeing to Infosys's Mutual Arbitration Agreement. A true and correct copy of the digital record of Plaintiff's Acceptance of Offer Letter, as maintained in the ordinary course of business, is attached hereto as Exhibit D. | Lack of foundation (Fed. R. Evid. 602); improper lay opinion (Fed. R. Evid. 701); improper legal conclusion; lack of authentication (Fed. R. Evid. 901). |
| 6. | Declaration of Tarek West, ¶12<br>By accepting the Offer of Employment, Plaintiff specifically agreed to submit any dispute arising out of or relating to her employment with Infosys to final and binding arbitration. A true and correct copy of the Mutual Arbitration Agreement, as maintained in Infosys's ordinary | Improper legal conclusion (Fed. R. Evid. 701, 702); Lacks foundation (Fed. R. Evid. 602, 901); lack of authentication (Fed. R. Evid. 901). |

| | | |
|---|---|---|
| | course of business, is attached hereto as Exhibit C. | |

DATED: August 7, 2026

**LAW OFFICES OF MANN & ELIAS**

By: ______________________________
IMAD Y. ELIAS
Attorneys for Plaintiff
RAHEL CAMPBELL

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 8383 Wilshire Blvd, Suite 750, Beverly Hills, CA 90211.

On August 7, 2026, I served the foregoing document described as **PLAINTIFF'S OBJECTION TO DECLARATION OF TARIK WEST EXHIBIT A** the interested parties in this action ☐ by placing a true copy thereof enclosed in a sealed envelope addressed as follows, ☒ by transmitting a .pdf file thereof to the following email addresses:

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP<br>Leah S. Chrisbacher, Esq.<br>*Leah.chrisbacker@faegredrinker.com*<br>1800 Century Park East, Ste. 7500<br>Los Angeles, CA 90067<br>T: 310-203-4000 | Attorneys for Defendants INFOSYS LIMITED |

☐ BY U.S. MAIL. I deposited the sealed envelopes with the United States Postal Service, with the postage fully pre-paid.

☒ BY EMAIL. I caused a copy of such document to be transmitted electronically to the individuals identified above at the email addresses set forth above.

☐ BY OVERNIGHT COURIER. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, with delivery fees pre-paid.

☒ STATE. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 7, 2026, at Los Angeles, California.

*Judith N. Balandran*

Judith N. Balandran