FAEGRE DRINKER BIDDLE & REATH LLP
Leah S. Chrisbacher (SBN 352844)
leah.chrisbacher@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: +1 310 203 4000
Facsimile: +1 310 229 1285

Susan P. Elgin (*Admitted Pro Hac Vice)*
susan.elgin@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: +1 515 248 9000
Facsimile: +1 515 248 9010

Attorneys for Defendant
INFOSYS LIMITED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RAHEL CAMPBELL,

Plaintiff,

v.

INFOSYS, LIMITED; ASHLEY ANDERSON, and DOES 1-100, inclusive,

Defendants.

**Case No. 2:26-cv-07176**

**DECLARATION OF JOANNE POLANOWSKI**

**EXHIBIT E**

Complaint Filed: May 27, 2026
Date Removed: July 1, 2026

I, Joanne Polanowski, hereby declare as follows:

1. I make this declaration in support of Defendant Infosys Limited's ("Infosys") Motion. I am over the age of 18 and the information set forth herein is based upon my personal knowledge. If called and sworn as a witness, I could and would competently testify thereto.

2. I am employed by Infosys as a Senior Practice Lead for Talent Acquisition for Defendant Infosys Limited, based in New Jersey. I have worked at Infosys since 2012. As a result of performing my duties in my position, I have access to the personnel file of Plaintiff Rahel Campbell ("Plaintiff").

3. In my position, I am familiar with Infosys' talent acquisition processes that were in place when Plaintiff received an offer to join Infosys in November 2018. I have knowledge of Infosys' practices for distributing employment-related documentation to employees.

4. I know the facts set forth in this declaration to be true based on my own personal knowledge or based on my review of business records that Infosys creates and maintains in the ordinary course of business. With respect to the business records, the entries are made in a timely manner by people with knowledge of the information, and it is the regular practices of Infosys' business to maintain such records.

5. In my position, I have knowledge of Infosys's practices for distributing employment-related documentation to employees through each person's individual Candidate Portal. Applicants for employment apply through the Candidate Portal, and, if extended an offer of employment, Infosys uses the Candidate Portal to communicate with those individuals. Infosys employees, like Plaintiff, are given the opportunity to review all documentation.

6. To access the Candidate Portal, candidates have a username (their personal email address) and they create a password. In this case, Plaintiff's password recovery security question was "What is your mother's maiden name?" to which she answered "gebi." Plaintiff's Candidate Portal Account Details are attached as **Exhibit F**.

7. Infosys sent Plaintiff an email to email address rahelcgebi@gmail.com on November 7, 2018 notifying her that her Offer Letter had been posted to the



FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

Candidate Portal and outlining the steps she needed to take to review and accept the offer. That email is attached as **Exhibit G**.

8. Infosys's longstanding procedure has been to require every applicant to agree to an Arbitration Agreement as a condition of employment. To that end, Infosys has adopted and implemented a standardized process wherein applicants review, complete, and sign a series of documents using Infosys' electronic Candidate Portal.

9. When Plaintiff accessed the Candidate Portal to view her Offer Letter, she saw the Document Packet Information page that included her Offer Letter and enclosures (and identifying the "MUTUAL ARBITRATION AGREEMENT" as an attached file). A true and correct copy of Plaintiff's Document Package Information page is attached here as **Exhibit H**.

10. Based upon my review of Plaintiff's personnel records, Plaintiff electronically accepted Infosys' offer of employment on November 7, 2018 which provided that Plaintiff's employment with Infosys was contingent upon her reading and agreeing to Infosys's Mutual Arbitration Agreement. A true and correct copy of Plaintiff's Offer of Employment, as maintained in Plaintiff's personnel file in the ordinary course of business, was attached to Tarik West's declaration as **Exhibit B.** A true and correct copy of the digital record of Plaintiff's Acceptance of Offer Letter, as maintained in the ordinary course of business, was attached to Tarik West's declaration as **Exhibit D.**

11. To accept her offer, Plaintiff needed to log into the Candidate Portal using her personal email address rahelcgebi@gmail.com and the password she created.

12. Specifically, Plaintiff accessed the Offer of Employment—and its attachments, including the Mutual Arbitration Agreement—by following the link sent to her personal email address and signing into the Candidate Portal using her



FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

username and password. She accepted the Offer of Employment at 3:23 p.m. on November 7, 2018. *See* **Exhibit D**.

13. By accepting the Offer of Employment, Plaintiff specifically agreed to submit any dispute arising out of or relating to her employment with Infosys to final and binding arbitration. A true and correct copy of Plaintiff's Mutual Arbitration Agreement, as maintained in Infosys's ordinary course of business in Plaintiff's personnel file and in her Candidate Portal, was attached to Tarik West's declaration as **Exhibit C.**

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: August 13, 2026.

DocuSigned by:
Joanne Polanowski
BA38428760A94C6...

Joanne Polanowski

Docusign Envelope ID: 51F58892-778F-8ECE-83DD-2AA18C3D5B00

Admin+: Candidate Account Retrieval - Work - Microsoft Edge

https://trm.brassring.com/Brassring.UI.Core/CandidateTGAccountRetrival.aspx?isLoaded=true

Get Account Details

**Account details**

Verify the details of the applicants before resetting the password or giving other information out!

| Account field | Stored value |
|---|---|
| First Name | Rachel |
| Middle Name | |
| Last Name | Campbell |
| Address | 3500 W Manchester Blvd |
| City | Inglewood |
| State | CA |
| Postal | 90305 |
| Country/Region | United States |
| Home Phone | 3106330431 |
| Contact E-mail | rahelcgebi@gmail.com |

| | Security Question | Security Answer |
|---|---|---|
| 1 | What is your mother's maiden name? | gebi |

| | |
|---|---|
| Username | rahelcgebi@gmail.com |

Reset password

Close Cancel

**EXHIBIT F**

Docusign Envelope ID: 51F58892-778F-8ECE-83DD-2AA18C3D5B00

View sent e-mail communication - Work - Microsoft Edge

https://trm.brassring.com/Jetstream/500/Presentation/Template/Asp/Candidate/ToDo/ViewCorrespondence.asp?resumekey=10357656&folderid=10357656&type=Communi...

Help

November 7, 2018

Hello Rachel Campbell,

Congratulations on your recent offer with Infosys. Your offer letter has been posted to your Candidate Portal. Please use the below link to access it: Candidate Zone - Application Documents & Forms

You will be required to login using your existing credentials (the same credentials you used to create your profile when applying for the position).

Please confirm whether you are accepting the offer using dedicated response form at the bottom of your offer letter.

Infosys is an organization that has built an outstanding reputation for exciting, innovative and quality products and services. Credit for this goes to every one of our employees. We look forward to you accepting our offer and becoming part of the Infosys team.

This email is an automated notification and replies to this address are not monitored. If you have any questions, please email rachel.252686@infosys.com.

Regards,
Infosys Talent Acquisition

Infosys®
Navigate your next

Infosys is an Equal opportunity Employer
EOE/Minority/Female/Veteran/Disabled/Sexual Orientation/Gender Identity/National Origin

Close

**EXHIBIT G**

Docusign Envelope ID: 51F58892-778F-8ECE-83DD-2AA18C3D5B00

Infosys - Offer for Rachel Campbell - 7-Nov-2018, 11:04:32 - Work - Microsoft Edge

https://trm.brassring.com/CMUI/ViewDocumentPacketSent.aspx?resumekey=10357656&folderid=10357656&clientid=25633&userid=31513&type=documentpacket&key=21385125&responsive...

# Document Packet information

Date posted: 11/07/2018
Removal date: 12/07/2018

To review the official offer, please see the attached documents and files.
The offer letter document will require your response - there will be a form at the bottom of the document with a Submit button.

Please review all documents and submit your response to all appropriate documents.

If you have any questions please contact Infosys Recruitment team or directly the recruiter you have been working with.

Regards,
Infosys Recruitment Team

Attached files:
At will agreement.pdf
Confidential Information Agreement.pdf
Non-Compete Agreement.pdf
MUTUAL ARBITRATION AGREEMENT.pdf
Benefits Annexure FY 2018-19.pdf
Offer Letter for Rachel Campbell.pdf

Close

**EXHIBIT H**