FAEGRE DRINKER BIDDLE & REATH LLP
Leah S. Chrisbacher (SBN 352844)
leah.chrisbacher@faegredrinker.com
Stephanie Albrecht (SBN 281474)
stephanie.albrecht@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: +1 310 203 4000
Facsimile: +1 310 229 1285

Susan P. Elgin (Admitted *Pro Hac Vice)*
susan.elgin@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: +1 515 248 9000
Facsimile: +1 515 248 9010

Attorneys for Defendant
INFOSYS LIMITED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RAHEL CAMPBELL,

Plaintiff,

v.

INFOSYS, LIMITED; ASHLEY ANDERSON, and DOES 1-100, inclusive,

Defendants.

Case No. 2:26-cv-07176

**NOTICE OF APPEARANCE OF STEPHANIE ALBRECHT ON BEHALF OF DEFENDANT INFOSYS, LIMITED**

Complaint Filed: May 27, 2026
Date Removed: July 1, 2026

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Faegre Drinker Biddle & Reath LLP, is hereby entering an appearance as counsel of record for Defendants Infosys, Limited in the above-captioned matter.

Dated: August 18, 2026.

FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/ Stephanie Albrecht*
Stephanie Albrecht

Attorneys for Defendant Infosys Limited

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served to all counsel of record in accordance with the Federal Rules of Civil Procedure on August 18, 2026 via ECF Notification.

*/s/ Stephanie Albrecht*
STEPHANIE ALBRECHT